[No. 4858-1. Division One. February 26, 1979.]

JOHN EDWIN SMITH, ET AL, *Appellants,* v. THE DEPART-
MENT OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 799548, Solie M. Ringold, J., entered June 22, 1976. *Affirmed* by unpublished opinion per James, J., concurred in by Andersen, A.C.J., and Swanson, J.

[No. 5279-1. Division One. February 26, 1979.]

JERRY RILEY, ET AL, *Appellants,* v. SIMPAK
CORPORATION, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 807556, George H. Revelle, J., entered November 30, 1976. *Reversed* by unpublished opinion per Farris, J., concurred in by Williams and Ringold, JJ.

[No. 5946-1. Division One. February 26, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. CLEO
JOSEPH MORGAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80662, William C. Goodloe, J., entered August 20, 1977. *Dismissed* by unpublished opinion per James, J., concurred in by Andersen, A.C.J., and Swanson, J.